IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMMONWEALTH CARE ALLIANCE, HEALTH CARE FOR ALL, EMILY FEINBERG, individually and on behalf of persons similarly situated,<br><br>          Plaintiffs,<br><br>v.<br><br>MERCK & CO., INC.,<br><br>          Defendant. | CIVIL ACTION No. _____<br><br>05 - 10931 DPW |

### RULE 7.3 CORPORATE DISCLOSURE STATEMENT

Per the requirements of Rule 7.3 of the Local Rules of the United States District Court for the District of Massachusetts, Defendant Merck & Co, Inc. ("Merck"), makes the following statements regarding Merck's corporate ownership:

1. Merck is a publicly traded corporation on the New York Stock Exchange.

2. No single company currently owns more than 10% or more of Merck's stock.

                                              MERCK & CO., INC.
                                              By its attorneys:

                                              _____
                                              James J. Dillon (BBO# 124660)
                                              Bradley E. Abruzzi (BBO# 651516)
                                              FOLEY HOAG LLP
                                              155 Seaport Boulevard
                                              Boston, MA 02110-2600
                                              (617) 832-1000

Dated: May 5, 2005

- 2 -

## CERTIFICATE OF SERVICE

I certify that a true copy of the foregoing RULE 7.3 CORPORATE DISCLOSURE STATEMENT was served on May 5, 2005 by regular U.S. mail, upon:

Thomas M. Sobol
HAGENS BERMAN SOBOL SHAPIRO LLP
One Main Street, 4th Floor
Cambridge, MA  02142
**Counsel for Plaintiffs**