IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMMONWEALTH CARE ALLIANCE, HEALTH CARE FOR ALL, EMILY FEINBERG, individually and on behalf of persons similarly situated,<br><br>        Plaintiffs,<br><br>      v.<br><br>MERCK & CO., INC.,<br><br>        Defendant. | CIVIL ACTION No. 05-CV-10931-DPW |

### NOTICE OF FILING CERTIFIED COPIES OF STATE COURT PAPERS

Pursuant to 28 U.S.C. § 1446, defendant hereby files certified copies of all records and proceedings in the superior court action (Suffolk County Superior Court Civil Action No. 05-0644-BLS).

                                     MERCK & CO., INC.
                                     By its attorneys:

                                   _____
                                   James J. Dillon (BBO# 124660)
                                   Bradley E. Abruzzi (BBO# 651516)
                                   FOLEY HOAG LLP
                                   155 Seaport Boulevard
                                   Boston, MA 02110-2600
                                   (617) 832-1000

Dated: May 20, 2005

B3029545.1

- 2 -

## CERTIFICATE OF SERVICE

I certify that a true copy of the foregoing NOTICE OF FILING CERTIFIED COPIES OF STATE COURT PAPERS was served on May 20, 2005 by regular U.S. mail, upon:

Thomas M. Sobol
HAGENS BERMAN SOBOL SHAPIRO LLP
One Main Street, 4th Floor
Cambridge, MA 02142
**Counsel for Plaintiffs**

_____