

**OFFICE OF THE CLERK**
**UNITED STATES DISTRICT COURT**
DISTRICT OF MASSACHUSETTS
UNITED STATES COURTHOUSE
1 COURTHOUSE WAY - SUITE 2300
BOSTON, MASSACHUSETTS 02210
TELEPHONE: 617-748-9152

**TO:**  RE:

<u>United States District Court</u>    CIVIL ACTION #.  <u>05cv10931</u>
Eastern District of Louisiana
<u>Office of the Clerk</u>    CRIMINAL #.  _____
500 Poydras St. Suite C-151
<u>New Orleans, LA 70130</u>

Dear Clerk:

    Please be advised that an order transferring the above entitled action to your court was entered on <u>    7/28/05    </u> by the Honorable <u>  Judge Woodlock  </u>.

The following documents are included in our file and transmitted herewith:

    ( x )    Certified copy of the docket entries;1-10

    ( x )    Certified copy of the transferral order;

    ( )    Original documents numbered _____

    ( )    _____

Kindly acknowledge receipt of the above on the copy of this letter.

    Respectfully,

    SARAH THORNTON
    CLERK OF COURT

Date:  7/28/05                        By:    /s/ Richard Nici
                                                        Deputy Clerk

cc:    Counsel, File

---

    The documents listed above were received by me on _____ and assigned the following case number:_____.

    By:_____
    Deputy Clerk

(Transfer Cover Letter.wpd - 12/98)