# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA
### OFFICE OF THE CLERK

LORETTA G. WHYTE
CLERK

500 POYDRAS ST., SUITE C-151
NEW ORLEANS, LA 70130

July 21, 2005

Sarah A. Thornton, Clerk
United States District Court
District of Massachusetts
1 Courthouse Way, Suite 2300
Boston, MA  02210

DPW

In Re:  MDL 1657 Vioxx Products Liability Litigation L (3)

Dear Ms. Thornton:

    Enclosed are certified copies of a transfer order received from the Multidistrict Litigation Panel in Washington, D.C.  It instructs that the cases listed on the attached page  be transferred to our district for disposition pursuant to Title 28 USC 1407, as soon as possible.  Our office has assigned  new civil action numbers to these cases as referenced on the attached page.

    **DO NOT FORWARD THE ORIGINAL RECORD.**  The Honorable Eldon E. Fallon, U.S. District Court Judge  issued an order directing that the transfer of records consist of only a certified copy of the complaint (including notice of removal, if applicable), any amendments, the docket sheet and the MDL Transfer Order, together with a copy of the transfer letter be forwarded to the transferor court.

    **Due to the high volume of cases involved in this litigation please provide paper copies of the above documents instead of simply referring to your website.**
Your prompt attention in this matter is greatly appreciated.

    Should you have any questions regarding this request, please contact Dina Guilbeau at (504)589-7704.

Very truly yours,
Loretta G. Whyte, Clerk

By _____
Deputy Clerk

Enclosures
cc: Judicial Panel on Multidistrict Litigation

| Your Case Nos. | Case Title | Our Case Nos. |
|---|---|---|
| 1:05-10819 | Eleanor Campanale v. Merck & Co., Inc. | 05-2921 L (3) |
| 1:05-10882 | ~~Marie Stanley v. Merck & Co., Inc.~~ | 05-2922 L (3) |
| 1:05-10931 | Commonwealth Care v. Merck & Co., Inc. | 05-2923 L (3) |
| ~~1:05-10947~~ | Jeanette Anderson, et al v. Merck & Co., Inc. | 05-2924 L (3) |